IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Filed in
Courton
11/29/06
LBB

Criminal Action No. 03-cr-00127-LTB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. SAIMA SAIMA,

    Defendant.

## MOTION TO DISMISS

The United States of America, by and through the undersigned attorneys, moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to enter an Order dismissing all counts of the Indictment, the Superseding Indictment, the Second Superseding Indictment and the Third Superseding Indictment against the defendant, SAIMA SAIMA. The government makes this request pursuant to plea agreements for two co-defendants in this case which, if accepted by the Court, call for the dismissal of all charges against this defendant. Counsel for the defendant has been advised of this motion and does not object.

WHEREFORE, the government requests this Court to dismiss all counts of the Indictment, the Superseding Indictment, the Second Superseding Indictment and the Third

Superseding Indictment against the defendant, SAIMA SAIMA.

        Respectfully submitted,

        TROY A. EID
        United States Attorney

        By: *[signature]*
        DAVID M. GAOUETTE
        Executive Assistant U.S. Attorney
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0409
        David.Gaouette.@usdoj.gov

        By: *[signature]*
        STEVEN A. TYRRELL, ESQ.
        United States Department of Justice
        Criminal Division
        10th & Constitution Ave., N.W.
        Washington, D.C. 20530
        Telephone: 202-353-9350
        Fax: 202-514-8714
        Steve.Tyrrell@usdoj.gov