IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00127-LTB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. SAIMA SAIMA,

    Defendant.

---

### ORDER

---

Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown, it is hereby

ORDERED that all Counts of the Indictment, the Superseding Indictment, the Second Superseding Indictment and the Third Superseding Indictment against the defendant, SAIMA SAIMA, be dismissed.

DATED this 29th day of November 2006.

BY THE COURT:

/s/ Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO