IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2004 FEB 27  PM 1:55

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

Criminal Action No. __03-CR-127 B__

UNITED STATES OF AMERICA,

   Plaintiff,

v.

__SAIMA SAIMA__,

   Defendant.

---

RECEIPT FOR PASSPORT

Passport number __074017111__, issued to __SAIMA__ _____ has been received by the office of the Clerk of the Court to be held while this case is pending.

DATED this __27__ day of __February__, __2004__.

Gregory C. Langham, Clerk

By: _____
   Deputy Clerk

Received by: Saima
Date: 12/05/2006

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2006 DEC -5  AM 10:09
GREGORY C. LANGHAM
CLERK
BY _____ DEP. CLK